UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

SANDRA F MCGEE
Debtors

CASE NO.  13-12452

CHAPTER 13

## STIPULATION REGARDING PAYMENT OF ALLEN COUNTY TREASURER'S SECURED CLAIM FOR REAL ESTATE TAXES

Comes now the Allen County Treasurer, by counsel, the Trustee, Debra L. Miller, and Debtor's Counsel and states as follows:

1. The allowed secured claim of the Allen County Treasurer for pre-petition real property taxes shall be paid in full and the Allen County Treasurer shall retain the lien on the Debtor's real estate securing such tax claim.

2. Real estate property taxes are paid through the escrow of the Debtors' mortgage company. Therefore, the secured claim of Allen County Treasurer shall be paid DIRECTLY by the Debtors' mortgage company outside the bankruptcy.

3. HOWEVER, if the taxes are not paid timely during the bankruptcy, the Treasurer will notify the Bankruptcy Trustee by fax, and the estate will then pay the remaining portion of the secured claim INSIDE the bankruptcy. The Debtors will then have the duty to increase their payments to provide for the additional claim.

4. As this stipulation in an immaterial modification to the plan, no notice will be provided to the general creditors.

DATED:   September 5, 2013

/s/ Debra L. Miller, Trustee
Chapter 13 Trustee
P.O. Box 11550
South Bend, IN  46634
(574) 251-1493

/s/ Roy F. Kiplinger
Roy Kiplinger
Counsel for Allen Cty Treasurer

Debtors Counsel